TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00362-CV

Linda Brown, Appellant

v.

Corrections Corporation of America, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT

NO. 98-137-C277, HONORABLE JOHN R. CARTER, JUDGE PRESIDING

PER CURIAM

 Appellant and appellee have filed an Agreed Motion to Dismiss. We grant the
motion and dismiss the appeal pursuant to the parties' agreement. See Tex. R. App. P.
42.1(a)(1).

Before Chief Justice Aboussie, Justices Kidd and B. A. Smith

Dismissed on Agreed Motion

Filed: February 17, 2000

Do Not Publish